UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUROPLAY CAPITAL ADVISORS LLC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 THROUGH 10 INCLUSIVE, <br><br> Defendant. | Case No. 18-mc-80044-SVK <br><br> **ORDER RE BRIEFING AND HEARING ON APPLICATION OF PLAINTIFFS EUROPLAY CAPITAL ADVISORS LLC AND MARK DYNE FOR ORDER TO SHOW CAUSE AND FOR AN ORDER COMPELLING GOOGLE, LLC'S COMPLIANCE WITH SUBPOENA** <br><br> [Dkt. No. 1] |

The Court has received the application of Plaintiffs Europlay Capital Advisors LLC and Mark Dyne for an order to show cause and for an order compelling Google, LLC's compliance with a subpoena (ECF 1). The Court orders Google to file a response to the motion of no more than 10 pages on or before **March 20, 2018**. Plaintiffs may file a reply of no more than 5 pages within **7 days** of Google's filing of its response. The Court will hold a hearing on this matter on **April 17, 2018** at 10:00 a.m. in Courtroom 5 on the 4th Floor of the San Jose Courthouse, 280 South First Street, San Jose, California. Plaintiffs shall complete service on counsel for Google by email and overnight mail of Plaintiffs' application, all supporting papers, and this Order by **March 9, 2018** and file a proof of service with the Court by **March 12, 2018.**

SO ORDERED.

Dated: March 8, 2018

SUSAN VAN KEULEN
United States Magistrate Judge