**STUBBS ALDERTON & MARKILES, LLP**
Jeffrey F. Gersh (SBN 87124)
*jgersh@stubbsalderton.com*
James A. Sedivy (SBN 102870)
*jsedivy@stubbsalderton.com*
15260 Ventura Blvd., 20th Floor
Sherman Oaks, California 91403
Telephone: (818) 444-4500
Facsimile: (818) 444-4520

Attorneys for Plaintiffs
EUROPLAY CAPITAL ADVISORS, LLC
and MARK DYNE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| EUROPLAY CAPITAL ADVISORS, LLC, a Delaware limited liability company; MARK DYNE, an individual,<br><br>Plaintiffs<br><br>v.<br><br>DOES 1 through 10, inclusive<br><br>Defendants | Case No. 5:18-MC-80044-SVK<br><br>Central District of California Case No.: 2:17-cv-02856-CAS-ASx<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR AN ORDER COMPELLING GOOGLE, LLC'S COMPLIANCE WITH SUBPOENA**<br><br>Date: April 17, 2018<br>Time: 10:00am<br>Ctrm: 5, 4th Floor |

PLAINTIFFS' WITHDRAWAL OF THEIR MOTION FOR AN ORDER
COMPELLING GOOGLE, LLC'S COMPLIANCE WITH SUBPOENA

**TO THE COURT ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby withdraw their Motion for an Order Compelling Google, LLC's Compliance with Subpoena scheduled for April 17, 2018 at 10:00am in Courtroom 5, 4th Floor, San Jose Courthouse, 280 South First Street, San Jose, California.

DATED:  April 17, 2018             **STUBBS, ALDERTON, & MARKILES, LLP**

By:     /S/ Jeffrey F. Gersh
          Jeffrey F. Gersh
          Attorneys for Plaintiffs EUROPLAY
          CAPITAL ADVISORS, LLC
          and MARK DYNE

# PROOF OF SERVICE
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 15260 Ventura Blvd., 20th Floor, Sherman Oaks, California 91403.

On April 17, 2018, I served the foregoing documents described as: **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR AN ORDER COMPELLING GOOGLE, LLC'S COMPLIANCE WITH SUBPOENA** on all interested parties to this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Julie Schwartz
Christian Lee
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Counsel for Non-party Google LLC
jschwartz@perkinscoie.com
clee@perkinscoie.com

☒ **BY E-MAIL:** I caused the above-referenced document to be transmitted via e-mail from hcory@stubbsalderton.com to jschwartz@perkinscoie.com

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") FRCP, Rule 5(b)(2)(E)** (Pursuant to controlling General Order(s) and Local Rule(s) ("LR"), the foregoing document will be served by the court via NEF and hyperlink to the document to counsel at the email address(es) listed above.

☐ **(BY OVERNIGHT CARRIER)** I caused the above-referenced document to be transmitted via FedEx to counsel at the above-referenced address.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 17, 2018, at Sherman Oaks, California.

/S/ *Heather Cory*
HEATHER CORY